B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re ___TIMOTHY LEE and DEBORAH LEE___,           Case No. ___10-19787___

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| LVNV Funding LLC | CashCall Inc |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
    LVNV Funding LLC
    c/o Resurgent Capital Services
    PO Box 10587
    Greenville, SC 29603-0587

Court Claim # (if known): ___1___
Amount of Claim: ___3414.91___
Date Claim Filed: ___07/22/2010___

Phone: ___877-264-5884___
Last Four Digits of Acct #: ___8567___

Phone: _____
Last Four Digits of Acct. #: ___4782___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Susan Gaines___                          Date: ___4/30/2012___
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## EXHIBIT B

### BILL of SALE

For value received and in further consideration of the mutual covenants and conditions set forth in the Bankruptcy Receivables Purchase Agreement (the "Agreement"), dated as of the 9th, day of December, 2011, by and between CashCall, Inc., a corporation ("Seller") and Sherman Originator III LLC. ("Buyer"), Seller hereby transfers, sells, conveys, grants, and delivers to Buyer, its successors and assigns, without recourse except as set forth in the Agreement, to the extent of its ownership, the Receivables as set forth in the Notification Files (as defined in the Agreement), delivered by Seller to Buyer on the Transfer Date, and as further described in the Agreement.

CashCall, Inc.

By: _____

Title: _____VP Loan Servicing_____

*CashCall*™

WWW.CASHCALL.COM

1600 S. DOUGLASS RD.
ANAHEIM, CA 92806-5998
949-752-4600
949-225-4600 (FAX)

## EXHIBIT D

## ASSIGNMENT OF ACCOUNTS
## AND WAIVER OF NOTICE OF TRANSFER OF CLAIMS

CashCall Inc. ("Seller"), for value received, transfers, sells, assigns, conveys, grants and delivers to Sherman Originator III LLC ("Buyer"), all right, title and interest in and to (i) Seller's consumer accounts which are described on computer files furnished by Seller to Buyer in connection herewith (each, an "Account"); (ii) all judgments and awards obtained in connection with any such Account; and (iii) all proceeds of such accounts after the close of business on December 9th, 2011

Pursuant to the foregoing assignment, Seller stipulates that Buyer may be substituted for Seller as the valid owner of the Accounts and hereby waives any notice or hearing requirements imposed by, or right to object pursuant to, Bankruptcy Rule 3001(e)(2) or otherwise. Seller further consents to the attachment of a copy of this Assignment to a Notice of Transfer of Claim filed by Buyer pursuant to said rule.

This Assignment is subject to the terms of the Bankruptcy Receivables Purchase Agreement dated December 9th, 2011, between Seller and Buyer (the Agreement) without representations and warranties of any kind or character except as set forth therein.

DATE: 12/9/2011

CashCall, Inc.

By: _____
Title: VP Loan Servicing

## Declaration of Account Transfer

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, transferred, sold, assigned, conveyed, granted and delivered to Sherman Originator LLC ("SOLLC") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 08, 2011 delivered by CashCall, Inc. on December 09, 2011 for purchase by SOLLC III on December 09, 2011. The transfer of the Assets included electronically stored business records.

SOLLC, subsequent to the above mentioned transfer, transferred, sold, assigned, conveyed, granted and delivered to LVNV Funding LLC ("LVNV"), the above mentioned Assets. The transfer of the Assets included electronically stored business records.

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____
Name: Jon Mazzoli
Title: Director

Sherman Originator LLC
a Delaware Limited Liability Company

By: _____
Name: Kevin Branigan
Title: Authorized Representative

LVNV Funding LLC
a Delaware Limited Liability Company

By: _____
Name: Les Gutierrez
Title: Authorized Representative

Exhibit A

**Receivables File**
**12.09.11**

| **Transfer Group** | **Portfolio** | **Transfer Batch** |
|---|---|---|
|  | 17294 | N/A |